UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN M. JENKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-10616-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS UNDER 18 U.S.C. § 1920 |

  Based upon the parties' Stipulation (Dkt. 18), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $7,000.00 under 28 U.S.C. § 2412(d) and $405.00 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: September 25, 2024

                _____
                JOHN D. EARLY
                United States Magistrate Judge